No. 746. A. L. MECHLING BARGE LINES, INC., ET AL. *v.* UNITED STATES ET AL.; and

No. 747. BOARD OF TRADE OF CHICAGO *v.* UNITED STATES ET AL. Appeals from the United States District Court for the Northern District of Illinois. Probable jurisdiction noted. *Edward B. Hayes* for appellants in No. 746. *Harold E. Spencer, Richard M. Freeman* and *J. S. Chartrand* for appellant in No. 747. *Solicitor General Cox, Assistant Attorney General Loevinger* and *Robert B. Hummel* for the United States; *Robert W. Ginnane* and *H. Neil Garson* for the Interstate Commerce Commission; *Richard J. Murphy* for the New

York Central Railroad Co.; and *Leo P. Day* for McNabb Grain Co. et al., appellees.